# EXHIBIT 6

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY** | **1. CASE NUMBER** 201203098 | |
| **Immigration and Customs Enforcement Office of Professional Responsibility** | **PREPARED BY** (b)(6),(b)(7)(C) | |
| **REPORT OF INVESTIGATION** HB 4200-01 (37), Special Agent Handbook | **2. REPORT NUMBER** 001 | |

**3. TITLE**
EMPLOYEE, UNKNOWN/Unknown/Unknown/FORT PAYNE, DE KALB, AL

**4. FINAL RESOLUTION**

| 5. STATUS | 6. TYPE OF REPORT | 7. RELATED CASES |
|---|---|---|
| Initial Report | Allegation | |

**8. TOPIC**
ICE Agents allegedly raided homes without permission and terrorized families. AL

**9. SYNOPSIS**
On December 19, 2011, the Joint Intake Center (JIC) received information from (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) in Montgomery AL, who reported (b)(6) concerns about raids conducted by ICE Agents in Alabama. Armed ICE Agents allegedly went into trailer parks and apartment complexes in the Fort Payne and Collinsville, AL areas, entered homes in Latino communities without permission and subsequently terrorized families.

| 10. CASE OFFICER (Print Name & Title) | 11. COMPLETION DATE | 14. ORIGIN OFFICE |
|---|---|---|
| (b)(6),(b)(7)(C) - Joint Intake Specialist | 19-DEC-2011 | Joint Intake Center |
| 12. APPROVED BY(Print Name & Title) | 13. APPROVED DATE | 15. TELEPHONE NUMBER |
| (b)(6),(b)(7)(C) JIC Supervisor | 19-DEC-2011 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE. IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.

| | | |
|---|---|---|
|  | **DEPARTMENT OF HOMELAND SECURITY** | **1. CASE NUMBER** <br> 201203098 |
| | | **PREPARED BY** <br> (b)(6),(b)(7)(C) |
| | **REPORT OF INVESTIGATION** <br> **CONTINUATION** <br> HB 4200-01 (37), Special Agent Handbook | **2. REPORT NUMBER** <br> 001 |

**10. NARRATIVE**

On December 19, 2011, the JIC received information from (b)(6),(b)(7)(C) in Montgomery AL, who reported (b)(6) concerns about raids conducted by ICE Agents in Alabama. (b)(6),(b)(7) alleged that armed ICE Agents went into trailer parks and apartment complexes in the Fort Payne and Collinsville, AL areas, entered homes in Latino communities without permission and subsequently terrorized families.

(b)(6),(b)(7)(C) letter dated December 16, 2011 is attached to the case file.

| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| | 201203098 |
| | **PREPARED BY** |
| | (b)(6),(b)(7)(C) |
| **REPORT OF INVESTIGATION** <br> **Exhibit List** <br> HB 4200-01 (37), Special Agent Handbook | **2. REPORT NUMBER** <br> 001 |

None

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
| | | 201203098 |
| | Immigration and Customs Enforcement<br>Office of Professional Responsibility | PREPARED BY |
| | | (b)(6),(b)(7)(C) |
| | REPORT OF INVESTIGATION<br>HB 4200-01 (37), Special Agent Handbook | 2. REPORT NUMBER |
| | | 002 |

**3. TITLE**
EMPLOYEE, UNKNOWN/Unknown/0506 CRCL-Detainee/Alien (Other)/FORT PAYNE, DE KALB, AL

**4. FINAL RESOLUTION**

| 5. STATUS | 6. TYPE OF REPORT | 7. RELATED CASES |
|---|---|---|
| Interim Report | Investigative Findings | |

**8. TOPIC**
Coordinating interviews with CRCL and SPLC

**9. SYNOPSIS**
On December 19, 2011, the Joint Intake Center (JIC) received information from (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) in Montgomery AL, who reported (b) concerns about raids conducted by ICE Agents in Alabama. Armed ICE Agents allegedly went into trailer parks and apartment complexes in the Fort Payne and Collinsville, AL areas, entered homes in Latino communities without permission and subsequently terrorized families.

This report will document the discussion between ICE, Office of Professional Responsibility, New Orleans, Louisiana (OPR/NO) and the Department of Homeland Security (DHS) Civil Rights and Civil Liberties (CRCL) Washington, D.C..

| 10. CASE OFFICER (Print Name & Title) | 11. COMPLETION DATE | 14. ORIGIN OFFICE |
|---|---|---|
| (b)(6),(b)(7)(C), ICE-OPR Special Agent | 10-JAN-2012 | ICE OPR RAC New Orleans |
| 12. APPROVED BY (Print Name & Title) | 13. APPROVED DATE | 15. TELEPHONE NUMBER |
| (b)(6),(b)(7)(C) ICE-OPR Special Agent Supervisor | 11-JAN-2012 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE. IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.



| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
|  | 201203098 |
|  | **PREPARED BY** |
|  | (b)(6),(b)(7)(C) |
| **REPORT OF INVESTIGATION CONTINUATION** | **2. REPORT NUMBER** |
| HB 4200-01 (37), Special Agent Handbook | 002 |

**10. NARRATIVE**

On December 23, 2011, Special Agent (SA) (b)(6),(b)(7)(C) OPR/NO, was contacted by Investigator (b)(6),(b)(7)(C) and Policy Advisor (b)(6),(b)(7)(C) with CRCL. CRCL advised that they will be arriving on Wednesday, December 28, 2011, to conduct interviews at the LaSalle Detention Center in Jena, La.

CRCL has asked OPR/NO to take the lead on the interview process. SA (b)(6), contacted the LaSalle Detention Center to arrange for the detainees to be available for interviews. SA (b)(6),( contacted (b)(6),(b)(7)(C) Case Manager for the LaSalle Detention Center, to have the interviews arranged along with securing an interview room. CRCL is making arrangements for the interpreters and also coordinating with the numerous attorneys' involved for the interviews. Interviews of the eight detainees will begin at 7:00 a.m. on Thursday, December 29, 2011.

(b)(6),(b)(7)(C) from the (b)(6),(b)(7)(C) will be present for the interviews.

Investigation to continue.

| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| | 201203098 |
| | **PREPARED BY** |
| | (b)(6),(b)(7)(C) |
| **REPORT OF INVESTIGATION**<br>**Exhibit List**<br>HB 4200-01 (37), Special Agent Handbook | **2. REPORT NUMBER**<br>002 |

None

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
| | | 201203098 |
| | Immigration and Customs Enforcement | PREPARED BY |
| | Office of Professional Responsibility | (b)(6),(b)(7)(C) |
| | REPORT OF INVESTIGATION | 2. REPORT NUMBER |
| | HB 4200-01 (37), Special Agent Handbook | 003 |

**3. TITLE**
EMPLOYEE, UNKNOWN/Unknown/0506 CRCL-Detainee/Alien (Other)/FORT PAYNE, DE KALB, AL

**4. FINAL RESOLUTION**

| 5. STATUS | 6. TYPE OF REPORT | 7. RELATED CASES |
|---|---|---|
| Interim Report | Memo of Interview | |

**8. TOPIC**
Interview of (b)(6),(b)(7)(C)

**9. SYNOPSIS**
On December 19, 2011, the Joint Intake Center (JIC) received information from (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) in Montgomery AL, who reported (b)( concerns about raids conducted by ICE Agents in Alabama. (b)(6),(b)(7)( alleged that armed ICE agents went into trailer parks and apartment complexes in the Fort Payne and Collinsville, AL areas, entered homes in Latino communities without permission and subsequently terrorized families.

This report will document the seven interviews conducted by ICE, Office of Professional Responsibility, New Orleans, Louisiana (OPR/NO) at the LaSalle Detention Center in Jena, Louisiana on December 29, 2011.

| 10. CASE OFFICER (Print Name & Title) | 11. COMPLETION DATE | 14. ORIGIN OFFICE |
|---|---|---|
| (b)(6),(b)(7)(C) ICE-OPR Special Agent | 20-JAN-2012 | ICE OPR RAC New Orleans |
| 12. APPROVED BY (Print Name & Title) | 13. APPROVED DATE | 15. TELEPHONE NUMBER |
| (b)(6),(b)(7)(C) ICE-OPR Special Agent Supervisor | 20-JAN-2012 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE, IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.



# DEPARTMENT OF HOMELAND SECURITY

## REPORT OF INVESTIGATION CONTINUATION

HB 4200-01 (37), Special Agent Handbook

| 1. CASE NUMBER | 201203098 |
|---|---|
| PREPARED BY | (b)(6),(b)(7)(C) |
| 2. REPORT NUMBER | 003 |

**10. NARRATIVE**

On December 29, 2011, Special Agent (SA) (b)(6),(b)(7)(C) OPR/NO, and SA (b)(6),(b)(7)(C) OPR/NO 287 G Program interviewed seven individuals currently detained at the LaSalle Detention Facility. Present during the interviews were (b)(6),(b)(7)(C) with Department of Homeland Security (DHS), Civil Rights and Civil Liberties (CRCL), Washington, D.C, along with Attorneys (b)(6),(b)(7)(C) with (b)(6),(b)(7)(C) Birmingham, AL.

(b)(6),( provided OPR/NO with documents for each individual interviewed stating that (b)(6), was representing them in the investigation that took place on or about December 9 through 12, 2011, in or around Fort Payne, AL area. All seven persons signed the document dated December 28, 2011.

CRCL provided the interpreters via telephone. Numerous dialectic of Interpreters was used.

The seven are currently being detained due to removal orders issued for each. The other individuals arrested during the operation were allowed to post bond and were issued a Notice to Appear for an immigration hearing.

The seven people interviewed on December 29, 2011 were:

(b)(6),(b)(7)(C)

All seven interviews were documented in an agent affidavit by SA (b)(6),(b)(7)(C) and will be attached to the file.

| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| | 201203098 |
| | **PREPARED BY** |
| | (b)(6),(b)(7)(C) |
| **REPORT OF INVESTIGATION**<br>**Exhibit List**<br>HB 4200-01 (37), Special Agent Handbook | **2. REPORT NUMBER**<br>003 |

None

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
| | | 201203098 |
| | Immigration and Customs Enforcement<br>Office of Professional Responsibility | PREPARED BY |
| | | (b)(6),(b)(7)(C) |
| | REPORT OF INVESTIGATION | 2. REPORT NUMBER |
| | HB 4200-01 (37), Special Agent Handbook | 004 |

**3. TITLE**
EMPLOYEE, UNKNOWN/Unknown/0506 CRCL-Detainee/Alien (Other)/FORT PAYNE, DE KALB, AL

**4. FINAL RESOLUTION**

| 5. STATUS | 6. TYPE OF REPORT | 7. RELATED CASES |
|---|---|---|
| Interim Report | Memo of Interview | |

**8. TOPIC**
Interviews conducted on January 26-27, 2012 in Fort Payne, AL

**9. SYNOPSIS**
On December 19, 2011, the Joint Intake Center (JIC) received information from (b)(6),(b)(7)(C) (b)(6),(b)(7)(C) in Montgomery AL, who reported (b)( concerns about raids conducted by Immigration and Customs Enforcement (ICE) Agents in Alabama. (b)(6),(b)(7)( alleged that armed ICE Agents went into trailer parks and apartment complexes in the Fort Payne and Collinsville, AL areas, entered homes in Latino communities without permission and subsequently terrorized families.

This report will document the eight interviews conducted by ICE, Office of Professional Responsibility, New Orleans, Louisiana (OPR/NO) in Fort Payne, Alabama on January 26 - 27, 2012.

| 10. CASE OFFICER (Print Name & Title) | 11. COMPLETION DATE | 14. ORIGIN OFFICE |
|---|---|---|
| (b)(6),(b)(7)(C) - ICE-OPR Special Agent | 30-JAN-2012 | ICE OPR RAC New Orleans |
| 12. APPROVED BY (Print Name & Title) | 13. APPROVED DATE | 15. TELEPHONE NUMBER |
| (b)(6),(b)(7)(C) ICE-OPR Special Agent Supervisor | 30-JAN-2012 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE. IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.